# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CRYSTAL PHOTONICS, INC.,**

      **Plaintiff,**

**v.**                                      **Case No: 6:11-cv-1118-Orl-31DAB**

**SIEMENS MEDICAL SOLUTIONS USA, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Rule 72(a) Objections to Magistrate Judge's Order (Doc. 122) filed by the Plaintiff and the response (Doc. 127) filed by the Defendant. Having reviewed those documents and the January 24, 2013 order to which they relate, the Court finds that Judge Baker's order was neither clearly erroneous nor contrary to law. Accordingly, the Objections to Magistrate Judge's Order (Doc. 122) are **OVERRULED.**

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties